IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-02231-RM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEW WORLD RENEWABLE ENERGY LEASING, INC.;
INFINERGY SOLAR & WIND, INC.; and
MURRAY HAMBRICK,

    Defendants.

---

## ORDER

---

This matter is before the Court on the March 20, 2018 *Recommendation of United States Magistrate Judge* (the "Recommendation") (ECF No. 63) to grant *Plaintiff's Motion for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2)* (ECF No. 51). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 63 at 13-14 n.3.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Michael E. Hegartys's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see*

*also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ADOPTS the Magistrate Judge's Recommendation (ECF No. 63) in its entirety;

(2) GRANTS *Plaintiff's Motion for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2)* (ECF No. 51)[1] as to defendants New World Renewable Energy Leasing, Inc. and Infinergy Solar & Wind, Inc. and only as to the First, Second, and Fourth Causes of Action alleged in Plaintiff's Complaint;

(3) ORDERS that the Clerk shall enter DEFAULT JUDGMENT pursuant to Fed. R. Civ. P. 55(b) in favor of plaintiff United States of America and against defendants New World Renewable Energy Leasing, Inc. and Infinergy Solar & Wind, Inc. as to the First, Second, and Fourth Causes of Action alleged in Plaintiff's Complaint in the amount of $4,829,967.00 in damages and a civil penalty in the amount of $225,500.00; and

(4) Directs that this case remain OPEN as to the remaining defendant.

IT IS SO ORDERED.

DATED this 23rd day of July, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] Plaintiff did not request, and the Court does not make, any determinations under Fed. R. Civ. P. 54.