IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02231-RM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEW WORLD RENEWABLE ENERGY LEASING, INC.,
INFINERGY SOLAR & WIND, INC., and
MURRAY HAMBRICK,

    Defendants.

---

**STIPULATION OF DISMISSAL**

---

The United States and Murray Hambrick have reached a settlement of the claims against Murray Hambrick in this matter, and the Bankruptcy Court in the Western District of Texas has approved the agreed-upon terms. Consequently, the parties hereby stipulate to dismissal of the claims in this case against Murray Hambrick with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated March 8, 2019.                     Respectfully submitted,

*s/Geroge Hypolite*                      JASON R. DUNN
George Hypolite

United States Attorney

*s/ Zeyen J. Wu*
Zeyen J. Wu
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
Email: zeyen.wu@usdoj.gov

*s/ Andrea Wang*
Andrea Wang
Assistant United States Attorney
1801 California St., Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: andrea.wang@usdoj.gov


Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

    ghypolite@jjlventuresllc.com

*s/ Zeyen J. Wu*
Zeyen J. Wu
United States Attorney's Office
